Sidney Charles SMITH, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8538.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Sidney Chas. Smith, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Mary SOLA v. The UNITED STATES of America.

No. 6242.

Circuit Court of Appeals, Seventh Circuit.

Oct. 5, 1937.

John F. Bolton and E. S. D. Butterfield, both of Chicago, Ill., for appellant.

Michael L. Igoe and Daniel D. Glasser, both of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges and LINDLEY, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois. Eastern Division, on briefs of counsel, and on oral argument. On consideration whereof, it is now here ordered and adjudged by this court that this cause be, and the same is hereby, affirmed.

Victor H. SUGAR and Anne D. Sugar, Appellants, v. B. C. SCHRAM, Receiver for First National Bank-Detroit, Appellee.

No. 7864.

Circuit Court of Appeals, Sixth Circuit.

Nov. 2, 1937.

Davidow & Davidow, of Detroit, Mich., for appellants.

Nichols, Morrill, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

Appeal docketed and dismissed.